**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    INDICTMENT

    - v. -                           :    07 Cr.

JOHN HERNANDEZ,                      :    **07CRIM1114**
    a/k/a "Alex"

              Defendant.     :

- - - - - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 7 2007

### COUNT ONE

The Grand Jury charges:

On or about March 7, 2007, and continuing thereafter, in the Southern District of New York and elsewhere, JOHN HERNANDEZ, a/k/a "Alex", the defendant, having been released on bail in connection with a charge of an offense punishable by a fine or imprisonment for not more than twenty years, or both, unlawfully, willfully and knowingly did fail to appear before a court as required by the conditions of his release, to wit, JOHN HERNANDEZ failed to appear before United States Magistrate Judge Kevin Nathaniel Fox on March 7, 2007, for a preliminary hearing in the matter of <u>United States v. John Hernandez</u>, 07 Mag. 00171, or at any time thereafter.

    (Title 18, United States Code, Sections 3146(a)(1)
                  and (b)(1)(A)(i).)


_/s/ Douglas Kelley_                _/s/ Michael J. Garcia_
FOREPERSON                          MICHAEL J. GARCIA
                                United States Attorney

===================================================
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===================================================

UNITED STATES OF AMERICA

- v. -

JOHN HERNANDEZ,
a/k/a "Alex,"

Defendant.

===================================================

**INDICTMENT**

07 Cr.

(18, U.S.C. §§ 3146(a)(1)
and (b)(1)(A)(i).)


                                    MICHAEL J. GARCIA
                                 United States Attorney.

            A TRUE BILL

            *Douglas Celley*
                                        Foreperson.

===================================================

Post
11/87

RC
12/7/07

Indictment filed, case assigned to Judge Holwell, arrest warrant issued

F. Macs, USMS