```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
                                   :
UNITED STATES OF AMERICA,          :
                                   :
        - against -                :    NOTICE OF APPEARANCE
                                   :
JOHN HERNANDEZ,                    :    07 Cr. 1114 (RJH)
                                   :
                      Defendant.   :
                                   :
----------------------------------x
```

To:   Clerk of the Court

**PLEASE TAKE NOTICE** that I appear for defendant John Hernandez in the above-noted action, was appointed in the Magistrates' Court on February 5, 2007, pursuant to the Criminal Justice Act, and am a member of the bar of this Court.  I do hereby certify that I have filed a Certificate of Good Standing from the New York State Courts, pursuant to Criminal Rule 1 of the Local Rules for the Southern and Eastern Districts of New York.

Dated:   New York, New York
         December 11, 2007

                                   _____
                                   Ronald L. Garnett
                                   299 Broadway, Suite 1802
                                   New York, NY   10007-1904
                                   (212) 587-5159 (Office)
                                   (212) 587-3867 (Fax)
                                   E-mail: RLGarnett@aol.com